IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                   CHAPTER 7

    KRYSTINA K. SCHMIDT                       CASE NO. 10-15810

        Debtor                                       JUDGE RANDOLPH BAXTER

**MOTION FOR AN ORDER UPON DEBTOR
TO APPEAR FOR FURTHER EXAMINATION
PURSUANT TO BANKRUPTCY RULE 2004(a) DUCES TECUM**

     Now comes Waldemar J. Wojcik, the duly appointed and acting Trustee in the within captioned proceedings (hereinafter "Movant"), and respectfully moves this Honorable Court for an Order directing the Debtor, Krystina K. Schmidt, to appear personally and to produce the following documents:

> **Receipts for all purchases made by you and account statements and cancelled checks documenting all payments made by you during the period from March 15, 2010 through June 15, 2010 so as to fully document precisely when, on what and in what amounts you spent the approximately $10,000.00 you received in April, 2010.**

     The examination will be conducted at the office of Waldemar J. Wojcik, Trustee, 526 Superior Avenue, Suite 1030, The Leader Bldg., Cleveland, Ohio 44114, on **February 15, 2011 at 12:00 P.M.** This Motion is made pursuant to the provisions of Bankruptcy Rules 2004(a) and 9016 and Rule 45 of the Federal Rules of Civil Procedure.

     **The foregoing information has been requested but not yet provided. Debtor is reminded that failure to comply with the Order granting this Motion and the Trustee's instructions to exchange the aforementioned documents may result in the revocation and denial of Discharge to the Debtor. Production of documents responsive hereto prior to the scheduled examination date may avoid the need for personal appearance.**

WHEREFORE, Movant moves this Court for an Order requiring Debtor, Krystina K. Schmidt, to appear for examination as provided by Rule 2004(a) and to bring the documents and information identified hereinabove.

Respectfully submitted,

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

### CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Appear for Further Examination Pursuant to Bankruptcy Rule 2004(a) was served by ordinary U.S. Mail, postage prepaid and/or by ECF email on January 31, 2011 upon each of the following:

Krystina K. Schmidt, Debtor
22690 Maple Dr.
Fairview Park, OH 44126

William J. Balena, Attorney for Debtor (via email)

Office of the U.S. Trustee (via email)

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee

-2-